367 F.2d 583
 Alex FRIEDMAN, d/b/a Creative Moulded Products Co.,
Plaintiff-Appellant,
v.
UNITED STATES TRUNK COMPANY, Inc., Defendant-Appellee.
 No. 81, Docket 30573.
 United States Court of Appeals Second Circuit.
 Argued Oct. 19, 1966.
Decided Nov. 7, 1966.
 
 Appeal from the United States District Court for the Southern District of New York; Henry N. Graven, Judge.
 Martin I. Shelton, Milton S. Gould, Max Edelman, Shea, Gallop, Cilmenko & Gould and Kroll, Edelman & Lanzone, New York City, for plaintiff-appellant.
 Gustave H. Newman, Alvin L. Spitzer, Evseroff, Newman & Sonenshine, Brooklyn, N.Y., for defendant-appellee.
 Before WATERMAN, HAYS and ANDERSON, Circuit Judges.
 PER CURIAM.
 
 
 1
 Judgment affirmed on the findings of fact and conclusions of law filed by the court below, D.C., 204 F.Supp. 366.